No. 6,388.—DAVID R. GREER ET AL., APPELLANTS, v. GEORGE F. STANNARD ET AL., RESPONDENTS.

Decided September 28, 1928.

PER CURIAM.—On motion of counsel for appellants it is ordered that the appeal in the above-entitled cause be and the same is hereby dismissed.

*Mr. C. S. Baldwin, Mr. T. H. MacDonald* and *Messrs. Hurd, Rhoades, Hall & McCabe,* for Appellants.